# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0268.  The State v. Dannie Albert Mondor.**

It is hereby ORDERED that the judgment in this matter is VACATED and this case is TRANSFERRED to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  09/18/2018*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*